ORIGINAL 

# IN THE COURT OF CRIMINAL APPEALS
# OF THE STATE OF OKLAHOMA

FILED
IN COURT OF CRIMINAL APPEALS
STATE OF OKLAHOMA

NOV 30 2021

JOHN D. HADDEN
CLERK

**LUBUTO MUSONDA,**

      Petitioner,

v.

**STATE OF OKLAHOMA,**

      Respondent.

No. PC-2021-681

## ORDER AFFIRMING DENIAL OF POST-CONVICTION RELIEF

Petitioner, through counsel Debra K. Hampton, appeals the denial of post-conviction relief by the District Court of Tulsa County in Case No. CF-2015-770. Before the District Court, Petitioner asserted he was entitled to relief pursuant to *McGirt v. Oklahoma*, 140 S.Ct. 2452 (2020). In *State ex rel. Matloff v. Wallace*, 2021 OK CR 21, ___ P.3d ___, this Court determined that the United States Supreme Court decision in *McGirt*, because it is a new procedural rule, is not retroactive and does not void final state convictions. *See Matloff*, 2021 OK CR 21, ¶¶ 27-28, 40.

The conviction in this matter was final before the July 9, 2020 decision in *McGirt*, and the United States Supreme Court's holding in

EXHIBIT 12

*McGirt* does not apply. Therefore, the District Court's order denying post-conviction relief is **AFFIRMED**. Pursuant to Rule 3.15, *Rules of the Oklahoma Court of Criminal Appeals*, Title 22, Ch.18, App. (2021), the **MANDATE** is **ORDERED** issued upon the delivery and filing of this decision.

**IT IS SO ORDERED.**

**WITNESS OUR HANDS AND THE SEAL OF THIS COURT** this 30th day of November, 2021.

/s/ Scott Rowland
**SCOTT ROWLAND, Presiding Judge**

/s/ Robert L. Hudson
**ROBERT L. HUDSON, Vice Presiding Judge**

/s/ Gary L. Lumpkin
**GARY L. LUMPKIN, Judge**

/s/ David B. Lewis
**DAVID B. LEWIS, Judge**

ATTEST:

/s/ John D. Hadden
Clerk

PA