UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LUBUTO MUSONDA, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) Case No. 23-CV-0030-CVE-CDL |
| MIKE ROGERS, | ) ) ) |
| Respondent. | ) ) |

## JUDGMENT

This matter came before the Court on respondent Mike Rogers' motion (Dkt. # 9) to dismiss petitioner Lubuto Musonda's 28 U.S.C. § 2254 petition for a writ of habeas corpus (Dkt. # 1). In an opinion and order filed contemporaneously herewith, the Court granted respondent's motion and dismissed the petition, with prejudice, as barred by 28 U.S.C. § 2244(d)(1)'s one-year statute of limitations.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that judgment is hereby entered in favor of respondent and against petitioner.

**DATED** this 6th day of November, 2023.

_____
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE