**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| (1) LUBUTO MUSONDA, | ) |
|       Petitioner, | ) |
| | ) |
| -vs- | )    23-cv-00030-CVE-CDL |
| | ) |
| (1) MIKE ROGERS, | ) |
|       Respondent | ) |

**NOTICE OF APPEAL**

     Petitioner, LUBUTO MUSONDA, hereby gives Notice of Appeal to the United States Court of Appeals for the Tenth Circuit from the District Court's Order Adopting the Report and Recommendation and Denying a *Certificate of Appealability* entered in this action on the 6th day of November 2023.

Dated this 22nd day of November 2023.

                                           Respectfully submitted,

                                           /s/ *DEBRA K. HAMPTON*
                                         DEBRA K. HAMPTON, OBA # 13621
                                         Hampton Law Office, PLLC
                                         3126 S. Blvd., # 304
                                         Edmond, OK 73013
                                         (405) 250-0966
                                         (866) 251-4898 (fax)
                                         debbie@hamptonlaw.net
                                         Attorney for Petitioner

**CERTIFICATE OF SERVICE**

     I hereby certify that on November 22, 2023, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrant:

Office of the Attorney General, e-mail: fhc.docket@oag.state.ok.us

                                           /s/ *DEBRA K. HAMPTON*
                                           DEBRA K. HAMPTON